USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
:
SECURITIES AND EXCHANGE COMMISSION,          :
:
Plaintiff,          :          21-CV-6814 (VEC)
:
-against-          :          ORDER
:
:
GPL VENTURES LLC, GPL MANAGEMENT LLC,   :
ALEXANDER J. DILLON, COSMIN I. PANAIT,          :
HEMPAMERICANA, INC., SALVADOR E.          :
ROSILLO, SEASIDE ADVISORS, LLC, and          :
LAWRENCE B. ADAMS,          :
Defendants.          :
:
-----------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 13, 2021, the Securities and Exchange Commission filed an

emergency motion for a temporary restraining order in this matter, Dkt. 3;

IT IS HEREBY ORDERED that a telephone conference is scheduled for **Friday, August**

**13, 2021 at 1:00 P.M.**  The Securities and Exchange Commission must attend by dialing 1-888-

363-4749, using the access code 3121171, and the security code 6814.  Attendees are advised to

mute their phones when not speaking and to self-identify each time they speak.  Recording or

rebroadcasting the proceeding is strictly prohibited by law.

SO ORDERED.

Date:  **August 13, 2021**
       **New York, NY**                          **VALERIE CAPRONI**
                                                 **United States District Judge**
                                                 **Part I**