**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       **Plaintiff,**<br><br>-against-<br><br>**GPL VENTURES LLC,<br>GPL MANAGEMENT LLC,<br>ALEXANDER J. DILLON,<br>COSMIN I. PANAIT,<br>HEMPAMERICANA, INC.,<br>SALVADOR E. ROSILLO,<br>SEASIDE ADVISORS, LLC, and<br>LAWRENCE B. ADAMS,**<br><br>       **Defendants.** | **21-cv-6814 (AKH)** |

**ORDER RE SEGREGATED ACCOUNT AT SIGNATURE BANK**

Upon the unopposed motion of the defendants GPL Ventures LLC, GPL Management LLC, Alexander J. Dillon, and Cosmin I. Panait (the "GPL Parties"), the Court orders that Signature Bank is authorized to release $257,880.31 from the account in the name of GPL Ventures LLC with an account number ending in 8849 (the "Segregated Account"), provided that the balance in the Segregated Account after such release remains at least $40,000,000 (forty million dollars).

SO ORDERED.

Dated:   _____April 19_____, 2022
      New York, New York

         /s/ Alvin K. Hellerstein
         _____
         Hon. Alvin K. Hellerstein
         UNITED STATES DISTRICT JUDGE