UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>-against-<br><br>GPL VENTURES LLC, ET AL.,<br><br>       Defendants. | 21-cv-6814 (AKH) |

## ORDER SUBSTITUTING
## CAROLINE K. ADAMS AS A PARTY DEFENDANT

On the application of the Plaintiff Securities and Exchange Commission (the "Commission") for an Order substituting Caroline K. Adams ("Caroline Adams"), as the administrator for the estate of Defendant Lawrence B. Adams "(Adams"), as a party defendant in light of her having advised the Court that Adams is deceased (ECF No. 55) and having been appointed as the administrator of the estate of Adams;

**IT IS HEREBY ORDERED** that Caroline Adams, as the administrator for the estate of Adams, is substituted for Adams as a party defendant.

Dated: ____May 4____, 2022
New York, NY

                     /s/ Alvin K. Hellerstein
                     _____
                     UNITED STATES DISTRICT JUDGE