

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Caryn G. Schechtman
caryn.schechtman@dlapiper.com
T 212.335.4593
F 212.884.8593

June 17, 2022
*V*IA *ECF*

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

The conference scheduled for June 23, 2022 will now be held at 9:30 a.m. in Courtroom 14D.

No later than June 20, 2022, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

/s/ Alvin K. Hellerstein
June 17, 2022

**Re:   SEC v. GPL Ventures LLC et al., 1:21-cv-06814 (AKH)**

Judge Hellerstein:

We represent HempAmericana, Inc. and Salvador Rosillo (collectively, the "HempAmericana Parties") in this matter, and respectfully write to request that the Court reschedule the conference scheduled for Thursday, June 23, 2022 at 3:00 pm (the "Conference") to the morning of June 23, 2022 so that I may attend my daughter's graduation ceremony later that afternoon in Westchester, New York. In the alternative, I ask that the Court reschedule the Conference for June 24, 2022. I have confirmed with Mr. Rosillo, who is also the Senior Executive of HempAmericana, that he is available to attend the Conference on the morning of June 23, 2022 or on June 24, 2022.

Respectfully submitted

Caryn G. Schechtman

cc:   All counsel of record (via ECF)
      Salvador Rosillo on behalf of the HempAmericana Parties (via email: hempamericana@gmail.com)