UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------  X
                                                         :
SECURITIES AND EXCHANGE                                  :
COMMISSION,                                              :     ORDER REGULATING
                                                         :     PROCEEDINGS
                                           Plaintiff,    :
             -against-                                   :     21 Civ. 6814 (AKH)
                                                         :
GPL VENTURES LLC, GPL MANAGEMENT                         :
LLC, ALEXANDER J. DILLON, COSMIN I.                      :
PANAIT, HEMPAMERICANA, INC.,                             :
SALVADOR E. ROSILLO, SEASIDE                             :
ADVISORS, LLC, and LAWRENCE B.                           :
ADAMS,                                                   :
                                                         :
                                           Defendants.   :
-------------------------------------------------------  X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

A status conference was held to address the pending motion to withdraw (ECF No. 83) and to further regulate proceedings.

The status conference is adjourned to October 13, 2022, at 2:30 p.m. in Courtroom 14D.

As to Defendants HempAmericana and Salvador E. Rosillo, the motion to withdraw by Caryn G. Schechtman shall remain pending to allow her to continue to act for her clients in continued settlement negotiations with the SEC. The parties shall report on the status of those negotiations before the next conference.

As to Defendants GPL Management LLC, GPL Ventures LLC, Alexander J. Dillon, and Cosmin I. Panait, the case will be referred, by separate order, to Magistrate Judge Robert W. Lehrburger for settlement. The parties shall contact Judge Lehrburger to set dates; all conferences shall be concluded before the next conference.

2

      As to Defendants Caroline Adams, as the administrator for the estate of Lawrence Adams, and Seaside Advisors, LLC, Rule 33 and 34 discovery shall continue. The parties shall begin and may conclude settlement negotiations.

      At the next conference, on October 13, 2022, the parties shall be prepared to state which defendants, if any, remain and how the case will proceed.

      SO ORDERED.

Dated:    August 12, 2022               /s/ Alvin K. Hellerstein
           New York, New York         ALVIN K. HELLERSTEIN
                                            United States District Judge