

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF ENFORCEMENT

October 21, 2022

Status conf. is adjourned until January 13, 2023 at 10:00 a.m.

/s/Alvin K. Hellerstein, U.S.D.J.
10/24/22

*Via ECF*
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *SEC v. GPL Ventures LLC,* 21-cv-6814 (AKH) (S.D.N.Y.)

Dear Judge Hellerstein:

    Plaintiff Securities and Exchange Commission respectfully requests that the status conference scheduled for December 1, 2022, be adjourned for six weeks.  Counsel for the GPL Parties (GPL Ventures LLC, GPL Management LLC, Alexander Dillon, and Cosmin Panait) consent to this request.  Counsel for Defendants Salvador Rosillo and HempAmericana, Inc. do not object to this request, and counsel for Defendants Caroline Adams and Seaside Advisors, LLC consent to the request.

    On September 19, 2022, the Court adjourned this conference to December 1, to give Plaintiff and the GPL Parties additional time to have settlement discussions in advance of a conference before Magistrate Judge Lehrburger (ECF No. 100).  In turn, Magistrate Judge Lehrburger adjourned the settlement conference to November 2 (ECF No. 101).  Since that time, Commission counsel and the GPL Parties have exchanged additional information relevant to their settlement negotiations and are in continuing dialogue.  Commission counsel has also been working to complete its analysis of transaction data, in order engage in additional discussions about resolving the case.  We anticipate that further progress can be made in our negotiations if the parties have additional time to continue the discussions before proceeding to a settlement conference.  The Commission seeks such additional six weeks to enable counsel to discuss its analysis with the GPL Parties, and otherwise to continue discussions that could in turn enable the parties to come to a resolution acceptable to both sides.

    Based on the foregoing, the parties believe that the requested adjournment will allow the settlement conference to be more productive.  If the parties have time to continue the discussions, it will at a minimum further narrow the issues to be discussed at a settlement conference, and may even result in an agreement in principle on terms that Commission counsel can recommend to the Commission such that a settlement conference may not be necessary at all.

    Accordingly, we request that the December 1 status conference be adjourned for six weeks so that the parties can continue settlement discussions.  If the conference is adjourned, the Commission and the GPL Parties will separately request that the November 2 settlement conference also be adjourned.

Hon. Alvin K. Hellerstein
October 21, 2022
P a g e | 2

                                                Respectfully submitted,

                                                */s/ Paul G. Gizzi*

                                                Paul G. Gizzi
                                                Senior Trial Counsel

cc (via ECF):   All Counsel of Record