

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

October 24, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/24/2022
```

*Via ECF*
Hon. Robert W. Lehrburger
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  *SEC v. GPL Ventures LLC,* 21-cv-6814 (AKH) (S.D.N.Y.)

Dear Judge Lehrburger:

  Plaintiff Securities and Exchange Commission respectfully requests that the settlement conference scheduled for November 2, 2022 be adjourned for approximately six weeks.  Counsel for the GPL Parties (GPL Ventures LLC, GPL Management LLC, Alexander Dillon, and Cosmin Panait) consent to the request.

  Judge Hellerstein's Order Regulating Proceedings (ECF No. 95) indicated, *inter alia,* that an order of reference to the Court for settlement would be entered as to the GPL Parties, and directed that all conferences be concluded before the next status conference.  Upon request of the parties, Judge Hellerstein had adjourned his status conference to December 1 (ECF No. 100), and Your Honor adjourned the settlement conference to November 2 (ECF No. 101), in order to give the parties additional time for ongoing settlement discussions.  Upon request of the parties, Judge Hellerstein has further adjourned the status conference until January 13, 2023 (ECF No. 107).

  The Commission requested that Judge Hellerstein adjourn the conference because Commission counsel and the GPL Parties have been engaged in settlement discussions, including having exchanged additional information relevant to their settlement negotiations, and anticipate that further progress can be made in those discussions if the parties have additional time to continue the discussions before proceeding to a settlement conference.  The Commission seeks such additional six weeks to enable counsel to discuss its analysis with the GPL Parties, and otherwise to continue discussions that could in turn enable the parties to come to a resolution acceptable to both sides.

  Based on the foregoing, the parties believe that the requested adjournment will allow the settlement conference to be more productive.  If the parties have time to continue the discussions, it will at a minimum narrow the issues to be discussed at a settlement conference, and may even result in an agreement in principle on terms that Commission counsel can recommend to the Commission such that a settlement conference may not be necessary at all.

  Accordingly, we request that the November 2 settlement conference be adjourned for approximately six weeks so that the parties can continue settlement discussions.  Counsel for the GPL Parties respectfully requests that the Court not schedule the conference during the week of December 12, 2022, because counsel has a previously scheduled arbitration that week.

Hon. Robert W. Lehrburger
October 24, 2022
P a g e | 2

                                                                           Respectfully submitted,

                                                                           */s/ Paul G. Gizzi*

                                                                           Paul G. Gizzi
                                                                           Senior Trial Counsel

cc (via ECF):   All Counsel of Record

Request granted in part.  The settlement conference will be rescheduled for early December.

SO ORDERED:

10/24/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE