UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>    -against-<br><br>GPL VENTURES LLC, ET AL.,<br><br>                              Defendants. | 21-cv-6814 (AKH) |

## ORDER DISMISSING CLAIMS AGAINST SALVADOR E. ROSILLO

On the application of the Plaintiff Securities and Exchange Commission (the "Commission") for an Order Dismissing the Claims alleged against Defendant Salvador E. Rosillo ("Rosillo"):

**WHEREAS**, on August 13, 2021, the Commission having commenced this action by filing a Complaint (ECF No. 1) for, *inter alia*, injunctive, monetary and other relief against Rosillo;

**WHEREAS**, the Commission having alleged in the Complaint that, *inter alia*, Rosillo violated Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)], Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5];

**WHEREAS**, on March 15, 2022 Rosillo having filed an Answer (ECF No. 71) denying the allegations in the Complaint;

**WHEREAS**, the Commission having determined to seek voluntary dismissal of the action as to Rosillo under Fed. R. Civ. P. 41(a)(2);

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that the Commission's application to dismiss the claims against Rosillo be **GRANTED**.

This Order pertains solely to the claims against Defendant Salvador E. Rosillo, and has no effect on the Commission's claims against any other defendants in this action, which remain at issue.

SO ORDERED.

Dated: __October 25__, 2022

                                                  /s/ Alvin K. Hellerstein
                                          HONORABLE ALVIN K. HELLERSTEIN
                                          UNITED STATES DISTRICT JUDGE