UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                      Plaintiff,<br><br>    -against-<br><br>GPL VENTURES LLC, ET AL.,<br><br>                      Defendants. | 21-cv-6814 (AKH) |

## ORDER DIRECTING DEFENDANT HEMPAMERICANA, INC. TO RETAIN COUNSEL OR BE DEEMED IN DEFAULT

On the application of the Plaintiff Securities and Exchange Commission ("Commission") for an Order Directing Defendant HempAmericana, Inc. ("HempAmericana") to Retain Counsel or, after 45 days, be deemed in Default on the claims alleged in this action:

**WHEREAS**, on August 13, 2021, the Commission having commenced this action by filing a Complaint (ECF No. 1) for, *inter alia*, injunctive, monetary and other relief against HempAmericana;

**WHEREAS**, the Commission having alleged in the Complaint that, *inter alia*, HempAmericana violated Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)], Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5];

**WHEREAS**, on March 15, 2022, HempAmericana having filed an Answer (ECF No. 71) denying the allegations in the Complaint;

**WHEREAS**, on June 15, 2022, counsel for HempAmericana (Caryn G. Schechtman)

having filed a Letter (ECF No. 83) informing the Court of her intention to file a Motion to Withdraw as Counsel for HempAmericana;

**WHEREAS**, on October 25, 2022, the Court having granted counsel's Motion to Withdraw as Counsel for HempAmericana;

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that Defendant HempAmericana, Inc. shall retain counsel within 60 days, by December 24, 2022; and

**IT IS FURTHER ORDERED** that Defendant HempAmericana, Inc. shall be deemed in default if Defendant HempAmericana, Inc. fails to retain counsel by such date.

This Order pertains solely to the claims against Defendant HempAmericana, Inc., and has no effect on the Commission's claims against any other defendants in this action, which remain at issue.

SO ORDERED.

Dated: October 25, 2022

/s/ Alvin K. Hellerstein
HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE