UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br><br>v.<br><br>GPL VENTURES LLC, et al.,<br><br>                  Defendants. | Case No. 1:21-cv-06814 (AKH)<br><br>**ORDER GRANTING THE MOTION BY DLA PIPER, LLP, CARYN SCHECHTMAN, AND JACOB FRASCH TO WITHDRAW AS COUNSEL FOR HEMPAMERICANA, INC.** |

Upon the finding of good cause, the motion by DLA Piper, LLP, Caryn Schechtman, and Jacob Frasch to withdraw as counsel for HempAmericana, Inc. is **GRANTED**. Counsel's termination will become effective upon service of this order on HempAmericana via email at hempamericana@gmail.com.

The clerk is directed to reflect this termination on the docket.

**SO ORDERED**

Dated: October 25, 2022

/s/ Alvin K. Hellerstein
Judge Alvin K. Hellerstein
United States District Judge