

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 Pearl Street, Suite 20-100
New York, NY 10004-2616

**DIVISION OF**
**ENFORCEMENT**

January 12, 2023

The status conference scheduled for January 13, 2023 is adjourned to February 10, 2023 at 10:00 a.m.

SO ORDERED.
/s/ Alvin Hellerstein
January 12, 2023

*Via ECF*
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:  *SEC v. GPL Ventures LLC,* 21-cv-6814 (AKH/RWL) (S.D.N.Y.)

Dear Judge Hellerstein:

Plaintiff Securities and Exchange Commission ("Commission") respectfully requests that the status conference scheduled for January 13, 2023, be adjourned.  Counsel for the GPL Parties (GPL Ventures LLC, GPL Management LLC, Alexander Dillon, and Cosmin Panait) consent to this request.  Counsel for Defendants Caroline Adams and Seaside Advisors, LLC also consent to the request.

On October 24, 2022, the Court adjourned the status conference, then set for December 1, to January 13, 2023, and Magistrate Judge Lehrburger in turn adjourned the settlement conference, then set for November 2, to December 7.  (ECF Nos. 107, 109, 111).  Prior to the settlement conference, pursuant to Magistrate Judge Lehrburger's settlement procedures, the Commission made a settlement demand, the GPL Parties responded, and both sides made confidential settlement submissions.  At the December 7 settlement conference, the Commission and the GPL Parties made significant progress toward reaching agreement on monetary terms.  Subsequently, with additional involvement of Magistrate Judge Lehrburger, the parties made further progress, and last week reached a tentative agreement on monetary relief and an additional term, subject to the parties' agreement on injunctive terms.  Commission counsel and the GPL Parties have since been discussing the remaining injunctive terms.  If the parties can reach agreement on the injunctive terms, the parties would be able to reach an agreement in principle to settle this action on terms that Commission counsel could recommend to the full Commission to authorize a settlement with the GPL Parties.

Accordingly, the Commission requests that the January 13 status conference be adjourned.

Respectfully submitted,

*/s/ Paul G. Gizzi*

Paul G. Gizzi
Senior Trial Counsel

cc (via ECF):   All Counsel of Record