

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

April 26, 2023

*Via ECF*
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *SEC v. GPL Ventures LLC,* 21-cv-6814 (AKH/RWL) (S.D.N.Y.)

Dear Judge Hellerstein:

Plaintiff Securities and Exchange Commission ("Commission") respectfully submits this letter to seek approval of the enclosed, proposed final consent judgment as to Defendants GPL Ventures LLC, GPL Management LLC, Alexander J. Dillon ("Dillon"), and Cosmin I. Panait ("Panait," and collectively with the others, the "GPL Parties"). The proposed consent judgment reflects settlements that would resolve all of the Commission's claims for relief in this case with respect to the GPL Parties.

The proposed final consent judgment is fair and reasonable and, with respect to the proposed injunctive relief, does not disserve the public interest under *SEC v. Citigroup Global Markets, Inc.*, 752 F.2d 285 (2d Cir. 2014). Among other things, the final judgment would: (1) permanently enjoin the GPL Parties from violating the federal securities laws that the Complaint alleges they violated, including enjoining them from acting as unregistered securities dealers and from committing fraud in the offer, purchase, or sale of securities; (2) order the GPL Parties to pay, jointly and severally, disgorgement of $29,681,569 and prejudgment interest of $2,489,799; (3) order Dillon and Panait to pay civil penalties of $3,500,000 each; (4) bar the GPL Parties from participating in any offering of penny stock for five years; and (5) order the GPL Parties to surrender, for cancellation, all remaining, unconverted convertible notes. The notes listed in Appendix A of the accompanying consents have a face value of approximately $11 million.

The Commission respectfully requests that the Court approve the enclosed proposed final consent judgment and docket it with the GPL Parties' signed consents.[1]

---

[1] If the Court enters the proposed final consent judgment, there will be claims remaining against Defendants HempAmericana, Inc. ("HempAmericana"), Caroline Adams (as administrator of the estate of Lawrence Adams), and Seaside Advisors, LLC ("Seaside"). As to HempAmericana, on March 24, 2023, the Commission moved for entry of judgment by default. (ECF Nos. 122-123.) HempAmericana has not filed any opposition to the motion. As to Caroline Adams and Seaside, the Commission has been communicating with counsel in an effort to resolve the claims against them.

Respectfully submitted,

*/s/ Paul G. Gizzi*

Paul G. Gizzi
Senior Trial Counsel

Enclosures

cc (via ECF): All Counsel of Record