UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | No. 1:21-cv-06814 (AKH) |
| : | |
| -against- : | ECF CASE |
| : | |
| GPL VENTURES LLC, et al., : | |
| : | |
| Defendants. : | |
| : | |

[~~PROPOSED~~] FINAL JUDGMENT AS TO DEFENDANT HEMPAMERICANA, INC.

WHEREAS, on August 13, 2021, the Securities and Exchange Commission filed a Complaint against Defendant HempAmericana, Inc. ("HempAmericana") (ECF No. 1);

WHEREAS, on March 15, 2022, HempAmericana filed an Answer to the Complaint denying the allegations in the Complaint (ECF No. 71);

WHEREAS, on June 15, 2022, counsel for HempAmericana (Caryn G. Schechtman) filed a Letter (ECF No. 83) informing the Court of her intention to file a Motion to Withdraw as Counsel for HempAmericana;

WHEREAS, on October 24, 2022, counsel for HempAmericana (Caryn G. Schechtman) filed a Letter requesting that the Court grant her Motion to Withdraw as Counsel for HempAmericana (ECF Nos. 110 and 110-1);

WHEREAS, on October 25, 2022, the Court entered an Order granting the motion to withdraw (ECF No. 114), and entered an Order directing HempAmericana to retain counsel within 60 days, by December 24, 2022, or be deemed in default (ECF No. 113);

WHEREAS, on March 23, 2023, the Clerk of the Court entered a Certificate of Default (ECF No. 121) noting that no new counsel had appeared for HempAmericana, and noting the

default of HempAmericana;

**WHEREAS**, the Commission filed a Motion for Default Judgment against HempAmericana, and has indicated that it determined to withdraw the claims for disgorgement, prejudgment interest, and civil penalties against HempAmericana;

**WHEREAS**, the Court has determined to grant the Commission's Motion;

**NOW, THEREFORE**:

### I.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant is permanently restrained and enjoined from violating Section 17(a) of the Securities Act of 1933 [15 U.S.C. § 77q(a)] in the offer or sale of any security by the use of any means or instruments of transportation or communication in interstate commerce or by use of the mails, directly or indirectly:

(a) to employ any device, scheme, or artifice to defraud;

(b) to obtain money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

(c) to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or

participation with Defendant or with anyone described in (a).

## II.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendant is permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. § 240.10b-5], by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

    (a)    to employ any device, scheme, or artifice to defraud;

    (b)    to make any untrue statement of a material fact or to omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

    (c)    to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, as provided in Federal Rule of Civil Procedure 65(d)(2), the foregoing paragraph also binds the following who receive actual notice of this Final Judgment by personal service or otherwise: (a) Defendant's officers, agents, servants, employees, and attorneys; and (b) other persons in active concert or participation with Defendant or with anyone described in (a).

## III.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: May 2, 2023

_____
UNITED STATES DISTRICT JUDGE