UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

                  Plaintiff,

-against-

GPL VENTURES LLC, et al.,

                  Defendants.

21-cv-6814 (AKH)

---

## STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CAROLINE K. ADAMS, AS ADMINSTRATOR FOR THE ESTATE OF LAWRENCE B. ADAMS, AND SEASIDE ADVISORS LLC
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that Plaintiff Securities and Exchange Commission's claims in this action against Defendants Caroline K. Adams, as the Administrator for the Estate of Lawrence B. Adams, and Seaside Advisors LLC are hereby voluntarily dismissed in their entirety, without prejudice and without costs or fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

*/s/ Paul G. Gizzi*

_____   _____
Paul G. Gizzi                                                  Lawrence W. Luttrell

| | |
|---|---|
| Securities and Exchange Commission | Law Office of Lawrence W. Luttrell |
| 100 Pearl Street, Suite 20-100 | 2137 State Route 35, 3rd Fl. |
| New York, NY 10004 | Holmdel, NJ 07733 |
| 212-336-0077 | 732-872-6900 |
| *Counsel for Plaintiff* | *Counsel for Defendants Caroline K. Adams, as the Administrator for the Estate of Lawrence B. Adams, and Seaside Advisors LLC* |

Dated: August 24, 2023                                Dated:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>   -against-<br><br>GPL VENTURES LLC, et al.,<br><br>                    Defendants. | 21-cv-6814 (AKH) |

### STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS CAROLINE K. ADAMS, AS ADMINSTRATOR FOR THE ESTATE OF LAWRENCE B. ADAMS, AND SEASIDE ADVISORS LLC PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that Plaintiff Securities and Exchange Commission's claims in this action against Defendants Caroline K. Adams, as the Administrator for the Estate of Lawrence B. Adams, and Seaside Advisors LLC are hereby voluntarily dismissed in their entirety, without prejudice and without costs or fees to any party, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| _____<br>Paul G. Gizzi | _____<br>Lawrence W. Luttrell |
| Securities and Exchange Commission<br>100 Pearl Street, Suite 20-100<br>New York, NY 10004<br>212-336-0077<br>*Counsel for Plaintiff* | Law Office of Lawrence W. Luttrell<br>2137 State Route 35, 3rd Fl.<br>Holmdel, NJ 07733<br>732-872-6900<br>*Counsel for Defendants Caroline K. Adams, as the Administrator for the Estate of Lawrence B. Adams, and Seaside Advisors LLC* |
| Dated: | Dated:   August 24, 2023 |