UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

SECURITIES AND EXCHANGE
COMMISSION,

                Plaintiff,

       -against-

GPL VENTURES LLC,
GPL MANAGEMENT LLC,
ALEXANDER J. DILLON,
COSMIN I. PANAIT,
HEMPAMERICANA, INC.,
SALVADOR E. ROSILLO,
SEASIDE ADVISORS, LLC, and
LAWRENCE B. ADAMS,

               Defendants.

---------------------------------------------------------------------- X

                       21 Civ. 6814 (AKH)

## ORDER GRANTING MOTION OF INVESTOR CHOICE
## ADVOCATES NETWORK FOR LEAVE TO FILE BRIEF AS AMICUS CURIAE

Upon consideration of the motion of Investor Choice Advocates Network ("ICAN") for leave to file a brief as *amicus curiae* in support of the GPL Defendants' Motion to Vacate, Modify, Set Aside, or Correct the Judgment (Dkt. 149, 150), and the accompanying proposed brief, and good cause appearing therefor,

IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk of Court is directed to file the brief attached as Exhibit A to the motion as the brief of *amicus curiae* Investor Choice Advocates Network in support of the GPL Defendants' motion.

Dated: _____May 27_____, 2026
       New York, New York

                                _____
                                HON. ALVIN K. HELLERSTEIN
                                UNITED STATES DISTRICT JUDGE